**FILED**

DEC 1 2 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim, | Case No: 2:16-cv-02070-JAM-EFB |
| Plaintiff, | *JAM* [~~PROPOSED~~] ORDER |
| vs. | |
| CAPITOL REGENCY LLC, | |
| Defendant. | |

Upon Motion and good cause shown,

IT IS HEREBY ORDERED granting the Motion to Withdraw as Counsel. Mr. Strojnik and The Strojnik Firm LLC are hereby withdrawn as counsel of record for Plaintiff, and Plaintiff shall represent herself. The hearing currently set for January 10, 2017 is continued to __February 7__, 2017 *if Plaintiff retains a new attorney.* *jam*

DATED this __12th__ day of __December__, 201__6__.

_____
U.S. District Court Judge

-1-