UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim,<br><br>Plaintiff,<br><br>v.<br><br>CAPITOL REGENCY LLC, a California limited liability company dba Hyatt Regency Sacramento,<br><br>Defendant. | No. 2:16-cv-2070-JAM-EFB<br><br>ORDER |

This case, in which plaintiff was proceeding *in propria persona*, was before the undersigned pursuant to Eastern District of California Local Rule 302(c)(21). *See* 28 U.S.C. § 636(b)(1). On February 8, 2017, attorney Peter Kristofer Strojnik filed a notice of appearance as attorney of record for plaintiff. ECF No. 17.

Because plaintiff is now represented by counsel, the referral to the magistrate judge will be withdrawn and the case will be referred back to the district judge. The undersigned will, however, continue to perform the usual discovery tasks associated with ordinary civil cases.

/////

/////

/////

Accordingly, it is hereby ORDERED that the referral of this case to the magistrate judge is withdrawn and the case is referred back to the district judge. All hearing dates set before the undersigned, including the March 1, 2017 hearing on defendant's motion to dismiss, are vacated.

DATED: February 9, 2017.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE